FILED

NOV 2 7 2007

CLERK, DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           MB        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )      Criminal Case No. 07CR3174-WQH
                               )
              Plaintiff,       )      I N F O R M A T I O N
                               )
     v.                        )      Title 8, U.S.C., Sec. 1326(a)
                               )      - Deported Alien Found
DANIEL TAPIA-LOPEZ,            )      in the United States
                               )      (Felony)
              Defendant.       )
_____)

     The United States Attorney charges:

     On or about October 19, 2007, within the Southern District of

California, defendant DANIEL TAPIA-LOPEZ, an alien, who previously

had been excluded, deported and removed from the United States to

Mexico, was found in the United States, without the Attorney

General of the United States or his designated successor, the

Secretary of the Department of Homeland Security (Title 6, United

States Code, Sections 202(3) and (4), and 557), having expressly

consented to the defendant's reapplication for admission to the

United States; in violation of Title 8, United States Code, Section

1326(a).

     DATED: _____11/27/07_____.

                                   KAREN P. HEWITT
                                   United States Attorney

                                   for CARLA J. BRESSLER
                                   Assistant U.S. Attorney

CJB:kmm:San Diego
11/08/2007